UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRAXTON FORD,

   Plaintiff,

CASE NO.: 13-81188-CIV-COHN/SELTZER

-vs-

EXETER FINANCE CORP.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Braxton Ford, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Exeter Finance Corp., have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of February 2014.

/s/ *William Peerce Howard*
William Peerce Howard, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0103330
Attorney for Plaintiff
bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel of record via the Court's CM/ECF filing system on this 3rd day of February, 2014.

/s/ *William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.: 0103330