UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRAXTON FORD,

    Plaintiff,                                    CASE NO.: 13-81188-CIV-COHN/SELTZER

-vs-

EXETER FINANCE CORP.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Braxton Ford, and the Defendant, Exeter Finance Corp., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of February, 2014.

| | |
|---|---|
| /s/ *William Peerce Howard* | /s/ *John Chiles* |
| William Peerce Howard, Esquire | John Chiles, Esquire |
| Morgan & Morgan, P.A. | Burr & Forman LLP |
| One Tampa City Center | 450 E. Las Olas Blvd., Suite 700 |
| 201 N. Franklin St., 7th Floor | Ft. Lauderdale, FL 33301 |
| Tampa, FL 33602 | Tele: (954) 414-6202 |
| Tele: (813) 223-5505 | Fax: (954) 414-6201 |
| Fax: (813) 223-5402 | jchiles@burr.com |
| bhoward@forthepeople.com | Florida Bar #: 12539 |
| Florida Bar #: 0103330 | Attorney for Defendant |
| Attorney for Plaintiff | |