UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81188-CIV-COHN/SELTZER

BRAXTON FORD,

    Plaintiff,

v.

EXETER FINANCE CORP.,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal [DE 21]. The Court has reviewed the Stipulation and is otherwise advised in the premises. In accordance with the Stipulation, the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2014.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF